# United States Court of Appeals
## For the First Circuit

No. 00-1046

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN O. BROWN,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on December 18, 2000 is corrected as follows:

On page 6, line 2, change "ususal" to "usual"